# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONIA ORTIZ, | : | |
|     Plaintiff | : | No. 1:18-cv-01696 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| PRIORITY HEALTHCARE GROUP LLC d/b/a THE GARDENS AT PALMYRA, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 28th day of August 2019, upon notification that the parties have reached settlement in the above-captioned action (Doc. No. 22), **IT IS ORDERED THAT** the above-captioned action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated. **IT IS FURTHER ORDERED THAT** the case management conference scheduled for September 16, 2019 (Doc. No. 21) is **CANCELED** and the Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
