IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONIA ORTIZ, | ) |
| | ) CIVIL ACTION NO. |
| Plaintiff, | ) |
| | ) 1:18-cv-01696-YK |
| v. | ) |
| | ) |
| PRIORITY HEALTHCARE GROUP, LLC, | ) |
| d/b/a THE GARDENS AT PALMYRA | ) |
| | ) |
| Defendant. | ) *ELECTRONICALLY FILED* |
| | ) |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41

All Parties, by and through the Parties' respective undersigned counsel, hereby stipulate and agree that the above-captioned matter should be hereby DISMISSED WITH PREJUDICE AND WITHOUT FEES OR COSTS pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).

SO STIPULATED.

Date: October 10, 2019

**WEISBERG CUMMINGS, P.C.**

*/s/ Steve T. Mahan*
Steve T. Mahan, Esq.
smahan@weisburgcummings.com
2704 Commerce Drive, Suite B
Harrisburg, PA 17110-9380
(717) 238-5707
*Counsel for Plaintiff*

**BUNKER & RAY**

*/s/ Melissa Atkins*
Melissa Atkins, Esquire
Melissa.Atkins@bunkerray.com
436 Walnut Street, WA01A
Philadelphia, PA 19106-3703
(215) 845-6162
*Counsel for Defendant*

Approved by:   s/ Yvette Kane          October 11, 2019